UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERENA THOMAS,

Plaintiff,

v.

NETRITION INC.,

Defendant.

Case No.  26-cv-01390-AMO

**ORDER TO SHOW CAUSE RE SERVICE OF PROCESS**

Re: Dkt. No. 1

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).  In the present case, the Complaint was filed on February 17, 2026, and more than 90 days have passed without service of process on Defendant.  The Court, on its own motion, **ORDERS** Plaintiff to show cause in writing on or before June 2, 2026, why this action should not be dismissed for lack of prosecution.

The Order to Show Cause will be discharged if Plaintiff files proof of service of process on Defendant on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in dismissal of the action for lack of prosecution and for failure to comply with the orders of the Court.

**IT IS SO ORDERED.**

Dated: May 19, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**